UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,        :

                    Plaintiffs,
                                        :

    -against-                        08 Civ.
                                        :

AMBARI PRAKASH AND TEXTBOOKS
INTERNATIONAL LLC BOTH D/B/A           :
QUEENSBOOKS D/B/A QUEENS BOOKS
AND JOHN DOES NOS. 1-5,                :

                    Defendants.   :

- - - - - - - - - - - - - - - - - - - -x



COMPLAINT

       Plaintiffs Pearson Education, Inc. ("Pearson") and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their complaint against defendants Ambari Prakash and Textbooks International LLC both d/b/a Queensbooks d/b/a Queens Books and John Does Nos. 1-5, aver:

Nature of the Action

       1.   Plaintiffs are bringing this action to enforce their copyrights against defendants' unlawful sale in the United States of non-United States versions of plaintiffs' educational books.

Jurisdiction and Venue

       2.   This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338

because it arises under the Copyright Act, 17 U.S.C. § 101 <u>et seq</u>.

3. Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

<u>Parties</u>

4. Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5. McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

6. Upon information and belief, defendant Ambari Prakash is a natural person residing at 145 East 15th Street, Apartment 5B, New York, New York 11510.

7. Upon information and belief, defendant Textbooks International LLC is a corporation organized and existing under the laws of the State of New York with its principal place of business at 14303 Hillside Avenue, Jamaica, New York 11435.

8. Upon information and belief, defendants John Doe Nos. 1-5 are associates of Ambari Prakash and Textbooks International LLC whose identities are presently unknown to plaintiffs.

## The Businesses of Plaintiffs

9. Each plaintiff publishes a variety of works, including educational books.

10. As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States. This practice enables each plaintiff to maximize dissemination of each work.

11. Plaintiffs invest significant monies to publish their copyrighted works. Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

12. Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced. A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals. This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

13. Plaintiffs' educational books authorized for sale in the United States are of the highest quality (the "United States Editions"). These books are generally printed with strong, hard-cover bindings with glossy protective coatings and,

in some cases, contain extra features such as sewn ribbon bookmarks.  Plaintiffs frequently offer academic supplements, such as CD-ROMs, computer passwords that provide purchasers with access to academic websites corresponding to the textbooks, and study guides with the United States Editions.

14.  Plaintiffs generally create different versions of their educational books that are intended for sale in specific geographic markets outside of the United States (the "Foreign Editions").  The Foreign Editions materially differ from the United States Editions.  The Foreign Editions have thinner paper and different bindings, different cover and jacket designs, fewer internal ink colors, if any, lower quality photographs and graphics, and generally lower prices than the United States Editions.  Also, the Foreign Editions often lack academic supplements, such as CD-ROMs, website passwords, or study guides.  The Foreign Editions are generally marked to indicate their lower cost by a legend indicating, in substance, that the title is a "Low Price Edition" and/or authorized for sale only in a particular country or geographic region.  The Foreign Editions are uniformly manufactured outside of the United States.

Plaintiffs' Copyrights

15. Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works (the "Pearson Copyrights") including the works Strategic Management (Registration Number TX0006017663, Registered on August 27, 2004); Retail Management: A Strategic Approach (Registration Number TX0005836476, Registered on September 11, 2003); and Principles of Marketing (Registration Number TX0005362459, Registered on July 25, 2001). McGraw-Hill has generally registered its copyrights in its works (the "McGraw-Hill Copyrights") including the work Electromagnetics With Applications (Registration Number TX0005032273, Registered on December 20, 1999).

The Infringing Acts of Defendants

16. Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through the Internet at the websites including, but not limited to, A1Books.com and Bookbyte.com using the usernames "Queensbooks" and "Queens Books."

CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

17. Plaintiffs repeat the averments contained in paragraphs 1 through 16 as if set forth in full.

18. Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

19. McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

20. The Pearson and McGraw-Hill Copyrights are valid and enforceable.

21. Defendants have infringed the Pearson and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

22. Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson and McGraw-Hill Copyrights.

23. Defendants have willfully infringed the Pearson and McGraw-Hill Copyrights.

24. Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

WHEREFORE, plaintiffs demand judgment:

A. Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B. Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson and McGraw-Hill Copyrights;

C. Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505; and

D. Granting such other and further relief as to this Court seems just and proper.

Dated:  New York, New York
        June 6, 2008

                    DUNNEGAN LLC

                    By /s/ William Dunnegan
                    William Dunnegan (WD9316)
                    Nikitas E. Nicolakis (NN1325)
                    Attorneys for Plaintiffs
                        Pearson Education, Inc., and
                        The McGraw-Hill Companies, Inc.
                    350 Fifth Avenue
                    New York, New York 10118
                    (212) 332-8300