08 CIV 5215
08 CIV 5215

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,         :

                    Plaintiffs,    :

   -against-                             :

AMBARI PRAKASH AND TEXTBOOKS
INTERNATIONAL LLC BOTH D/B/A             :
QUEENSBOOKS D/B/A QUEENS BOOKS
AND JOHN DOES NOS. 1-5,                  :

                    Defendants.    :

- - - - - - - - - - - - - - - - - -x



RECEIVED
08 Civ
JUN 06 2008
U.S.D.C. S.D.N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 6/6/08

_____
SIGNATURE OF ATTORNEY