08 CIV 5215

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., AND        :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
                    Plaintiffs,
                                    :
       -against-
                                    :
AMBARI PRAKASH AND TEXTBOOKS
INTERNATIONAL LLC BOTH D/B/A        :
QUEENSBOOKS D/B/A QUEENS BOOKS
AND JOHN DOES NOS. 1-5,             :

                    Defendants.     :

- - - - - - - - - - - - - - - - - - -x
```

RECEIVED JUN 06 2008 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Pearson Education, Inc., certifies that it is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson Education, Inc., also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on the exchanges indicated: Data Broadcasting Corporation

(NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

DATE: 6/6/08

_____
SIGNATURE OF ATTORNEY