UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
PEARSON EDUCATION, INC. AND         :
THE MCGRAW-HILL COMPANIES,
INC.                                :
                Plaintiffs,   CASE NO. 08-CV-05215
                                    :   (Judge Crotty)
   v.
                                    :
AMBARI PRAKASH AND
TEXTBOOKS INTERNATIONAL, LLC        :   **NOTICE OF WITHDRAWAL OF**
BOTH D/B/A QUENSBOOKS D/B/A             **COUNSEL**
QUEENS BOOKS AND JOHN DOES 1-5
                Defendant.
----------------------------------- x

      PLEASE TAKE NOTICE that Nikitas E. Nicolakis is no longer affiliated with Dunnegan, LLC or Perkins & Dunnegan, and hereby withdraws from representing Plaintiffs in the above captioned case. The following counsel remains on behalf of Plaintiffs:

**William Irvin Dunnegan**
Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111
(212) 332-8300
Fax: (212) 332-8301
Email: wd@dunnegan.com

**Error! Unknown document property name.**

Dated: New York, New York
     August 06, 2008                Respectfully submitted,
                                        DREIER LLP

                                  By: /s/Nikitas E. Nicolakis
                                      Nikitas E. Nicolakis (NN 1325)
                              499 Park Avenue
                              New York, New York 10022
                              Telephone:  (212) 652-3707
                              Facsimile:   (212) 600-9499

**Error! Unknown document property name.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6th, 2008, I caused a true copy of the foregoing *Notice of Withdrawal of Counsel* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification to the following:

      /s/Nikitas E. Nicolakis
      Nikitas E. Nicolakis

2

**Error! Unknown document property name.**